ANTOINETTE L. HOLAHAN, Respondent, v. JAMES T. HOLAHAN, Appellant.— Order affirmed, with $10 costs and disbursements. All concur. (The order denies a motion to vacate a judgment and permit defendant to file an amended answer.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

CHARLES W. RUSSELL, Respondent, v. BOARD OF EDUCATION OF UNION FREE SCHOOL, DISTRICT No. 2, TOWN OF GEDDES, ONONDAGA COUNTY, Appellant.— Order reversed on the law and facts, without costs of this appeal to either party, and motion denied, without costs. Memorandum: In our view the application for leave to serve a notice of claim was not made within a reasonable time after plaintiff's recovery from the disability relied on as excusing his failure to serve the notice within the time prescribed by section 50-e of the General Municipal Law. (See *Matter of Ruskin* v. *City of New York*, 271 App. Div. 934; *Matter of Fabiani* v. *Town of North Hempstead*, 272 App. Div. 1016.) All concur. (The order grants leave to plaintiff to serve notice of claim against defendant after expiration of the sixty-day limitation.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ. [See *post*, p. 872.]

FRANK A. PURDY, Suing for Himself and for All Others Similarly Situated, as Holders of Preferred Capital Stock of Financial Institutions, Incorporated, Appellant, v. WOLCOTT J. HUMPHREY, Individually and as Director and President of Financial Institutions, Incorporated, et al., Respondents.— Judgment affirmed, with costs, on the opinion of BATT, J., delivered at Special Term. All concur. (The judgment dismisses plaintiffs' third amended complaint in a stockholder's action against directors.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ. [192 Misc. 309.] [See *post*, p. 869.]

NARRAGANSETT MACHINE COMPANY, Appellant, v. MASSEY-HARRIS Co., INC., Respondent.— Order affirmed, with $10 costs and disbursements. All concur. (The order denies plaintiff's motion for summary judgment in an action for damages for an alleged breach of contract.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

In the Matter of the Accounting of HAROLD J. CONSTANTINE, as Executor of HELEN D. MALLOY, Deceased, Appellant. CHARLES A. HAHL, Special Guardian for SANDRA MALLOY, an Infant, Appellant; EDWARD J. MALLOY, Respondent.— Decree affirmed, without costs of this appeal to any party. All concur. (The decree sustains the objections of claimant husband and holds that he is entitled to elect to take his share as in intestacy.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.